# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*†
KATHARINE M. FINCH°
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD*

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ELI D. RAIDER
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHERY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@gwfglaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT A. KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
‡ ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
° ALSO MEMBER OF CONNECTICUT BAR
♦ ADMITTED IN OHIO AND PENNSYLVANIA ONLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020

February 27, 2020

> The parties request for an extension of the fact discovery deadline to April 15, 2020 is GRANTED. The status conference scheduled for March 26, 2020 is adjourned *sine die*. The parties are instructed to file a joint status letter with the Court no later than April 2, 2020 reporting on the status of mediation efforts, discovery, and consolidation. The status letter should be no longer than 3 pages and filed via ECF. SO OREDERD.
>
> Date: 2/28/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

*Via ECF filing and e-mail*
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Rockeith Martin v. NYC Crane Hoist & Rigging, LLC
      Civil Action No. 1:19-cv-03789-AT

Dear Judge Vyskocil:

My firm represents defendant, NYC Crane Hoist & Rigging, LLC, in the above referenced FLSA action. I write with the consent of Abdul K. Hassan, Esq., counsel for the plaintiff, Rockeith Martin, to request a second extension of the deadline to conduct fact discovery, which otherwise expires tomorrow, February 28, 2020, as well as an adjournment of the status conference currently scheduled for March 26, 2020.

Since the case was commenced, Mr. Hassan filed two new actions on behalf of a total of four other former drivers for the Defendant, including 19-CV-10043-VSB and 19-CV-11948-PGG.

The issues concern claims of truck drivers for salary and overtime while they were waiting for trucks to be loaded and unloaded. The parties have exchanged over a thousand pages of documents and have made substantial progress on discovery.

My client maintained a limited GPS system for tax purposes, and we are attempting to cull through the printouts to see if information concerning the drivers can be extrapolated from the data. This is proving to be a substantial undertaking, and we are not yet finished. However, both counsel believe the information may be extremely useful in resolving the disputes between the parties. Accordingly, we are requesting an extension of discovery while this process continues.

In the meantime, the parties are also working cooperatively to try to resolve all five claims through mediation.

There was a previous mediation in this case, which was not successful. However, a new mediator was appointed in 19-CV-10043-VSB, and a mediation session has been scheduled for March 26, 2020. We intend to ask the Court in the third action (19-CV-11948-PGG) to appoint the same mediator so we can fold those defendants into the mediation. Although we have not sought a formal appointment of the mediator in this case, we fully intend to include this case in any settlement which is reached at the mediation.

Mr. Hassan and I have also been discussing whether the three actions should be consolidated, and if mediation fails, we will likely file a motion for consolidation.

In light of our ongoing efforts to work together to resolve this litigation, with due recognition of the additional actions, we respectfully request that the discovery deadline be extended to April 15, 2020 approximately two weeks following the mediation.

We also request that the status conference currently scheduled before Your Honor on March 26 be adjourned to a date convenient to the Court after April 15, 2020, so that the mediation and discovery can be completed.

Should the Court require additional information concerning the status, counsel will be happy to provide it through a conference, either in person or by telephone.

Respectfully yours,

J. Ted Donovan

cc: Abdul K. Hassan, Esq. (via email)