# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**   Tel: 718-740-1000
Email: abdul@abdulhassan.com   Fax: 718-740-2000
*Employment and Labor Lawyer*   Web: www.abdulhassan.com

April 2, 2020

**Via ECF**

Hon. Mary Kay Vyskocil, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 18C
New York, 10007 NY
Tel: 212-805-0292

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/3/2020
```

**Re: Martin v. NYC Crane Hoist & Rigging, LLC**
    Case #: 19-CV-03789 (MKV)(BCM)
    Motion for Extension of Time

Dear Judge Vyskocil:

    My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a two-week extension of the April 2, 2020 deadline to provide the Court with a status report as per Your Honor's February 28, 2020 order. This request is being made because the mediation was adjourned due to the challenges created by the COVID-19 virus and the parties need some additional time to further confer as to the several cases pending, especially in light of the disruptions in the Court system, New York State and across the Country.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     Defense Counsel via ECF

**Granted. SO ORDERED.**

Date:  4/3/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1