# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                        Tel: 718-740-1000
Email: abdul@abdulhassan.com               Fax: 718-740-2000
*Employment and Labor Lawyer*               Web: www.abdulhassan.com

September 28, 2020

**Via ECF**

Hon. Barbara C. Moses, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2020

**MEMO ENDORSED**

                     **Re: Martin v. NYC Crane Hoist & Rigging, LLC**
                          Case No.  19-CV-03789 (AT)(BCM)
                          Motion for Extension of Time

Dear Magistrate-Judge Moses:

       My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a two-week extension of the September 28, 2020 deadline for Plaintiff to file his motion for settlement approval. Some additional time is needed to finalize the settlement agreement.

       We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:     Defense Counsel via ECF

---

Application GRANTED. The motion for settlement approval shall be filed no later than **October 12, 2020**. SO ORDERED.

*/s/ Barbara Moses*

Barbara Moses, U.S.M.J.
September 29, 2020