# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**MEMO ENDORSED**

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/20

**October 12, 2020**

**Via ECF**

Hon. Barbara C. Moses, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

> Application GRANTED. The parties shall file their motions for settlement approval in *both* actions no later than **October 27, 2020**. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> October 15, 2020

**Re: Martin v. NYC Crane Hoist & Rigging, LLC**
    Case No.  19-CV-03789 (BCM)

**Re: Harding et al v. NYC Crane Hoist & Rigging, LLC et al**
    Case No.  19-CV-11948 (BCM)
    Motion for Extension of Time

Dear Magistrate-Judge Moses:

   My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a two-week extension of the October 12, 2020 deadline in this case and the October 13, 2020 deadline in the related case (19-CV-11948-BCM *Harding et al v. NYC Crane Hoist & Rigging, LLC et al* ), for Plaintiffs to file their motions for settlement approval. This request is being made because some additional time is needed for additional consultations with the family, etc. as to Plaintiff Martin after he recently died so that we can complete the settlement and the case. One prior request for an extension of this deadline was made and granted.

   We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:**    Defense Counsel via ECF