# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

October 27, 2020

**Via ECF**

Hon. Barbara C. Moses, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007



      **Re: Martin v. NYC Crane Hoist & Rigging, LLC**
        Case No.  19-CV-03789 (BCM)
        Motion for Extension of Time

Dear Magistrate-Judge Moses:

    My firm represents Plaintiff in the above-referenced action. The motions for approval in the related case of *Harding et al v. NYC Crane Hoist & Rigging, LLC et al*, 19-CV-11948-BCM. (See ECF Nos. 30, 31). However, because of the death of Plaintiff Martin and some complications that have arisen as a result and after conferring with his family, a 60-day extension is respectfully requested to submit the remaining motion for settlement approval in these related cases. As such, the Court can proceed with deciding the motions for approval of the Plaintiffs Marvil Harding and Alton Powis. Two prior requests for an extension of this deadline were made and granted.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:**  Defense Counsel via ECF

---

Application GRANTED to the extent that the parties shall file their motion for settlement approval no later than **December 21, 2020**. No further extensions will be granted absent compelling circumstances. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
October 28, 2020